*E-filed on    10/26/06   *

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE CYGNUS TELECOMMUNICATIONS TECHNOLOGY, LLC, PATENT LITIGATION<br><br>———————————————————<br><br>THIS ORDER RELATES TO:<br>All Actions | No. MDL-1423<br>This Order Applies to All Actions<br>   C-02-00142 RMW<br>   C-02-00145 RMW<br>   C-02-05437 RMW<br>   C-03-03594 RMW<br>   C-03-03596 RMW<br>   C-03-03378 RMW<br>   C-03-04003 RMW<br>   C-04-03001 RMW<br>   C-04-03365 RMW<br>   C-04-04247 RMW<br>   C-04-04359 RMW<br>   C-06-03843 RMW<br>   C-06-04295 RMW<br>   C-06-06479 RMW<br><br>ORDER REGARDING SUBJECT-MATTER JURISDICTION |
|---|---|

On October 24, 2006, defendants filed a notice of a potential defect in this court's subject-matter jurisdiction and stated that they may move to dismiss on that ground. Any questions regarding subject-matter jurisdiction should be resolved prior to the hearing on claim construction and associated summary judgment motions currently set for November 20. To accommodate the competing concerns of expediency and efficiency presented by this situation, the court would strongly prefer defendants to file any motion to dismiss for lack of subject-matter jurisdiction—and

only if one is warranted—jointly by October 31, 2006.  If the defendants do file such a motion by that date, plaintiff's reply shall be due November 4, defendants' joint reply shall be due November 6, and a hearing shall be held on the motion on November 10, 2006.  Other deadlines previously set by the court shall remain in effect absent further order of the court, except that if defendants move to dismiss for lack of subject-matter jurisdiction by October 31, 2006, the reply briefs currently due November 10, 2006 may be filed the following Monday, November 13.  If the defendants move to dismiss for lack of subject-matter jurisdiction after October 31, 2006, the parties shall endeavor to have the motion briefed and heard as soon as possible.

DATED:      10/26/06

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                          2

| | | |
|---|---|---|
|1| **A copy of this order was mailed on** _____ **to:** | |
|2| **Counsel for Plaintiff:** | Kieran Patrick Fallon<br>436 SW 8th Street |
|3| John P. Sutton<br>2421 Pierce Street | Miami, FL 33130-2814 |
|4| San Francisco, CA 94115-1131 | Matthew Francis McGahren<br>Baum & McGahren |
|5| **Counsel for Defendants:** | 6171 Crooked Creek Road<br>Norcross, GA 30092 |
|6| Alan M. Weisberg, Steven M. Greenberg<br>Christopher & Weisberg, P.A. | Lori D. Greendorfer, Maxim H. Waldbaum |
|7| 200 E. Las Olas Avenue<br>Suite 2040 | Schiff Hardin LLP<br>623 Fifth Avenue |
|8| Fort Lauderdale, FL 33301 | 28th Floor<br>New York, NY 10022 |
|9| John C. Carey<br>Rodriguez Greenberg & Paul | Thomas T. Tamlyn |
|10| 1395 Brickell Ave, Suite 700<br>Miami, FL 33131 | Yeskoo Hogan & Tamlyn, LLP<br>535 Fifth Avenue |
|11| | New York, NY 10017 |
|12| Felice B. Galant, Gregory B. Wood<br>Fulbright & Jaworski L.L.P. | Peter S. Canelias |
|13| 865 South Figueroa Street<br>Twenty-Ninth Floor | Law Offices of Peter S. Canelias<br>420 Lexington Avenue |
|14| Los Angeles, CA 90017 | Suite 2148<br>New York, NY 10170 |
|15| Joseph P. Zammit<br>Fulbright & Jaworski | David T. Alexander |
|16| 666 Fifth Avenue<br>New York, NY 10103 | MBV Law LLP<br>855 Front Street |
| | | San Francisco, CA 94111 |
|17| John F. Mardula, Jon L. Roberts<br>Roberts Mardula & Wertheim, LLC | Jon M. Gibbs |
|18| 11800 Sunrise Valley Drive<br>Suite 1000 | Akerman, Senterfitt<br>255 S. Orange Avenue |
|19| Reston, VA 20191-5302 | Suite 1700<br>Post Office Box 0231 |
|20| Richard B. Sheldon<br>Mitchell Silberberg & Knupp LLP | Orlando, FL 32802-0231 |
|21| 11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683 | Elizabeth E. Green, R. Scott Shuker<br>Gronek & Latham, LLP |
|22| | 390 N. Orange Avenue<br>Suite 600 |
|23| Jeffrey L. Silvestrini, Brian F. Roberts<br>Cohne Rappaport & Segal | Orlando, FL 32801 |
| | P.O. Box 11008 | |
|24| Salt Lake City, UT 84147-0008 | Meredith L. Caliman<br>Meredith L. Caliman Law Offices |
|25| Raymond J. Etcheverry<br>Parsons, Behle & Latimer | 3858 Carson Street, Suite 120<br>Torrance, CA 90503-6705 |
|26| One Utah Center<br>201 South Main Street, | Gregory J. Nelson |
|27| Suite 1800, Post Office Box 45898<br>Salt Lake City, UT 84145 | Nelson & Roediger<br>3333 E Camelback Road, Suite 212 |
|28| | Phoenix, AZ 85018 |

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                   3

| | | |
|---|---|---|
| 1 | Peter Neil Greenfeld<br>Greenfeld Law Group | **Courtesy Copy:** |
| 2 | 3333 E Camelback Road, Suite 212<br>Phoenix, AZ 85018-2324 | Clerk of the Panel<br>Judicial Panel on Multidistrict Litigation |
| 3 | | Thurgood Marshall Federal Judiciary Building<br>One Columbus Circle, N.E. |
| 4 | Matthew McGahren<br>Baum, McGahren & Chiu, LLC | Room G-255, North Lobby |
| | 6171 Crooked Creek Road | Washington, DC  20002-8004 |
| 5 | Norcross, GA 30092 | |

Counsel for plaintiff is responsible for ensuring that involved attorneys not on the above service list receive a copy of this order, if necessary, and shall inform the court of any omissions.

ORDER REGARDING SUBJECT-MATTER JURISDICTION—MDL-1423
JAH                                                                  4